IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC., and UNITED RESEARCH LABORATORIES, INC., <br> Plaintiffs, <br> v. <br><br> ERIC WARREN GOLDMAN, as personal representative of the Estate of Sanford M. Bolton, <br> Defendant, and <br> SPIRIDON SPIREAS, Ph.D., and HYGROSOL PHARMACEUTICAL CORP., <br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> MUTUAL PHARMACEUTICAL COMPANY, INC., UNITED RESEARCH LABORATORIES, INC., RICHARD ROBERTS, M.D., Ph.D., PHARMACEUTICAL IP HOLDINGS, INC., PHARMACEUTICAL HOLDINGS COMPANY, INC., KING PHARMACEUTICALS, INC. and KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC., <br> Third-Party/Counterclaim Defendants. | CIVIL ACTION <br> NO. 12-0815 |

## O R D E R

**AND NOW,** this 3d day of July 2012, upon consideration of Defendants'/Third-Party Plaintiffs' Motion to Remand [Doc. No. 9], the Opposition thereto [Doc. No. 14], and the Reply [Doc. No. 22], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Remand is **GRANTED**, and the action is **REMANDED to the Court of Common Pleas of Philadelphia County, Pennsylvania.**

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**